IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SWISS INTERNATIONAL INC., d/b/a SWISS BUILDERS | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-2162 |
| ESSEX INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT ESSEX INSURANCE COMPANY
N/K/A EVANSTON INSURANCE COMPANY'S AMENDED MOTION TO LIFT STAY**

This coverage dispute was stayed pending the conclusion of the underlying lawsuit, Cause No. 2013-27557, *Swiss Builders v. Kimberly Van Belle-Ebel*, in the 215th Judicial District Court of Harris County, Texas. Defendant Essex Insurance Company n/k/a Evanston Insurance Company's Amended Motion to Lift Stay is granted. (Docket Entry No. 20). The underlying case has settled. This coverage dispute is reinstated to the active docket and set for a status and scheduling conference on **June 23, 2016, at 9:30 a.m.**, in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. All counsel of record must attend.

SIGNED on June 15, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge